IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH JUGAN and
ROBIN JUGAN

     v.             C.A. NO. 15-4272

ECONOMY PREMIER ASSURANCE
COMPANY

## ORDER

AND NOW, this 6th day of July, 2016, upon consideration of the defendant's motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 12] is GRANTED in part and DENIED in part.

The motion is GRANTED as to plaintiffs' breach of contract claim under Coverage A of the Policy. Judgment is ENTERED in favor of defendant and against plaintiff on plaintiffs' breach of contract claim under Coverage A of the Policy.

The motion is DENIED as to plaintiffs' breach of contract claim under Coverage C of the Policy.

The parties shall contact the arbitration clerk to set up a new date to arbitrate the remainder of this case.

                   BY THE COURT:


                   **/s/ Jeffrey L. Schmehl**
                   JEFFREY L. SCHMEHL, J.